# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MELTON PROPERTIES, LLC; FLOYD M. MELTON, JR.;
FLOYD M. MELTON III; MOSS M. MELTON;
McMILLAN ACRES; DANNY HARGETT; JANE
HART McMILLAN HARGETT; DAVID HARGETT**                                     **PLAINTIFFS**

VS.                                                                    CIVIL ACTION NO. 4:18-cv-00079-DMB-JMV

**ILLINOIS CENTRAL RAILROAD COMPANY;
CANADIAN NATIONAL RAILWAY;
JOHN DOES 1-5**                                                                                **DEFENDANTS**

## ORDER STAYING CASE

This matter is before the court on the motion of Plaintiffs Melton Properties, LLC; Floyd M. Melton, Jr.; Floyd M. Melton III; Moss M. Melton; McMillan Acres; Danny Hargett; Jane Hart McMillan Hargett; and David Hargett to stay all proceedings in this action, including discovery and the Case Management Conference, pending resolution of the underlying administrative process. The court, having considered the motion and that the fact that the motion is unopposed, finds that the motion is well taken and therefore should be GRANTED, in part.

The court will stay this case for the earlier of a 60-day period from the date of this Order or the completion of the Mississippi Commission on Environmental Quality's hearing on the Plaintiffs' claims regarding the Corrective Action Plan for Plaintiffs' property.

In the event of the latter, the parties must notify the court in writing within (3) three business days. In the event of the former, the stay will automatically lift, but the parties may move for a further stay, premised on legal authorities, and including a description of precisely for what reasons the implementation of a further stay would be appropriate and for what period it is necessary.

SO ORDERED, this the 6th day of June, 2018.

                                            /s/ Jane M. Virden
                                            **UNITED STATES MAGISTRATE JUDGE**