IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MELTON PROPERTIES, LLC; FLOYD
M. MELTON, JR.; FLOYD M. MELTON
III; MOSS B. MELTON; MCMILLAN ACRES;
DANNY HARGETT; JANE HART MCMILLAN
HARGETT; DAVID HARGETT                                              PLAINTIFFS

V.        CIVIL ACTION NO. 4:18-CV-00079-DMB-JMV

ILLINOIS CENTRAL RAILROAD COMPANY;
CANADIAN NATIONAL RAILWAY; UNION
TANK CAR COMPANY, INC.; JOHN DOES 1-5                               DEFENDANTS

**ORDER**

This matter is before the court on the motion of the Plaintiffs for relief from L.U.Civ.R 7(b)(2)(C). The court, having considered the matter, finds that the motion is well taken and should be GRANTED.

Further, to the extent the instant motion requests a briefing schedule for the [58] motion to compel, the motion is hereby MOOT, as the court has, since the filing of the instant motion, set the requested briefing schedule as memorialized in the [62] Minute Entry.

SO ORDERED, this, December 11, 2018.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**