# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

MELTON PROPERTIES, LLC; FLOYD
M. MELTON, JR.; FLOYD M. MELTON
III; MOSS B. MELTON; MCMILLAN ACRES;
DANNY HARGETT; JANE HART MCMILLAN
HARGETT; DAVID HARGETT                                                                 **PLAINTIFFS**

V.        CIVIL ACTION NO. 4:18-CV-00079-DMB-JMV

ILLINOIS CENTRAL RAILROAD COMPANY;
CANADIAN NATIONAL RAILWAY; UNION
TANK CAR COMPANY, INC.; JOHN DOES 1-5                                 **DEFENDANTS**

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [33] staying this case pending a ruling on the [31] motion to dismiss. On August 31, 2018, plaintiffs filed a motion for discovery on jurisdiction-related issues, and such relief was granted. Doc. #40. On October 19, 2018 the District Judge denied the [31] motion to dismiss without prejudice, to be re-urged twenty-one days after the close of jurisdictional discovery. However, the court did not lift the stay at that time but left the stay in place until the close of jurisdictional discovery. As the close of the discovery period approached, plaintiffs filed a motion to compel jurisdiction-related discovery. The parties ultimately resolved the discovery dispute, and on March 11, 2019, the court entered an order denying as moot the motion to compel jurisdictional discovery, officially closing the period for jurisdictional discovery. Therefore, the stay of this case should be lifted.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this March 13, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**