# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**MELTON PROPERTIES, LLC; FLOYD M. MELTON, JR.;**
**FLOYD M. MELTON III; MOSS M. MELTON;**
**McMILLAN ACRES; DANNY HARGETT; JANE**
**HART McMILLAN HARGETT; DAVID HARGETT**     **PLAINTIFFS**

**VS.**     **CIVIL ACTION NO. 4:18-cv-00079-DMB-JMV**

**ILLINOIS CENTRAL RAILROAD COMPANY;**
**CANADIAN NATIONAL RAILWAY;**
**JOHN DOES 1-5**     **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "a motion asserting a jurisdictional defense… stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B).

Canadian National Railway has filed a motion to dismiss for lack of jurisdiction at the conclusion of jurisdictional discovery. Doc. #80. Accordingly, staying discovery in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED**, pending a ruling on the jurisdictional motion, and the case management conference [79] will be cancelled by separate notice. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, March 27, 2019.

        /s/ Jane M. Virden
        **UNITED STATES MAGISTRATE JUDGE**