# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

MELTON PROPERTIES, LLC., et al.                                    PLAINTIFFS

V.                                                    NO. 4:18-CV-79-DMB-JMV

ILLINOIS CENTRAL RAILROAD
COMPANY, et al.                                                    DEFENDANTS

## ORDER LIFTING STAY

This matter is before the court consistent with the court's Order [82] staying this case pending a ruling on the [80] motion to dismiss for lack of personal jurisdiction. On November 14, 2019, the district judge assigned to this case granted the motion to dismiss for lack of personal jurisdiction. Doc. #93. Therefore, the stay of this case should be lifted.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this November 15, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**