**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**MELTON PROPERTIES, LLC** *et al*.                                                    **PLAINTIFFS**

**V.**                                              **CIVIL ACTION NO. 4:18-cv-00079-DMB-JMV**

**ILLINOIS CENTRAL RAILROAD**
**COMPANY** *et al*.                                                                    **DEFENDANTS**

<u>**ORDER**</u>

This matter is before the court on the motion of the plaintiffs to quash a subpoena served by the defendant on Southern Environmental Management & Specialties, Inc. ("SEMS"). Doc. #196. The parties have fully briefed the issues, and the matter is now ripe for decision.

For the reasons discussed in more detail in the court's order regarding the plaintiffs' motion for a protective order limiting the same subpoena, Doc. #217, the motion will be granted in part and denied in part as more particularly set forth in that order.

Once the log referenced in the court's aforementioned order has been provided, the court will entertain, on further motion, any challenges thereto that the parties are unable to resolve among themselves.

All other documents as may exist and are responsive to the subpoena shall be produced within thirty (30) days hereof.

SO ORDERED, this Thursday, September 24, 2020.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE