**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

| | |
|---|---|
| **MELTON PROPERTIES, LLC; FLOYD M. MELTON, JR.; FLOYD M. MELTON III; MOSS M. MELTON; McMILLAN ACRES; DANNY HARGETT; JANE HART McMILLAN HARGETT; DAVID HARGETT** | **PLAINTIFF** |
| **v.** | **NO.: 4:18-CV-079-DMB-JMV** |
| **ILLINOIS CENTRAL RAILROAD COMPANY; CANADIAN NATIONAL RAILWAY; UNION TANK CAR COMPANY, INC.; JOHN DOES 1-5** | **DEFENDANT** |

**ORDER**

The Defendant, Illinois Central Railroad Company, has filed an unopposed Motion to Reschedule Telephonic Scheduling Conference [362]. For good cause shown, the court finds that the motion is well taken and should be granted. Accordingly, the telephonic scheduling conference is now scheduled for November 1, 2021.

**SO ORDERED**, this, the 19th day of October, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE