**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**MELTON PROPERTIES, LLC et al.**                                                    **PLAINTIFFS**

**v.**                                           **CIVIL ACTION NO.: 4:18-cv-00079-DMB-JMV**

**ILLINOIS CENTRAL RAILROAD COMPANY et al.**                  **DEFENDANTS**

**ORDER AMENDING SCHEDULING ORDER**

This matter is before the court to amend the scheduling order [100] in this matter in light of the District Judge's Order [410] that lifted the stay on November 20, 2023, and the subsequent Order [418] resetting the trial for February 3, 2025. Having conferred with the parties, the court enters the following case management deadlines:

Plaintiffs' designation of experts is due by March 1, 2024. Defendant's designation of experts is due by May 1, 2024. Discovery is due by July 1, 2024. Daubert motions are due by August 1, 2024. Dispositive motions are due by September 2, 2024.

**SO ORDERED**, this the 6th day of December, 2023.

                                                         /s/ Jane M. Virden
                                                         **UNITED STATES MAGISTRATE JUDGE**